IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BERNARD HEPOLITE HENRY, JR.,
    Plaintiff,

vs.                                                Case No. 3:15cv148/MCR/EMT

DEPARTMENT OF CORRECTIONS, et al.,
    Defendants.
_____/

# O R D E R

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated May 22, 2015 (doc. 12). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This case is transferred to the United States District Court for the Middle District of Florida.

    3.    The Clerk is directed to close the file.

    **DONE AND ORDERED** this 24th day of June 2015.

                                *s/ M. Casey Rodgers*
                                **M. CASEY RODGERS**
                                **CHIEF UNITED STATES DISTRICT JUDGE**